## CHICAGO, R. I. & P. RY. CO. v. SATTERFIELD, Co. Treas.

No. 18683. Opinion Filed Feb. 26, 1929.

W. R. Bleakmore, A T. Boys, and John Barry, for plaintiff in error.

Edwin Dabney, Atty. Gen., V. P. Crowe, Asst. Atty. Gen , W. T. Dixon, Co. Atty., John W. Tyree. Asst. Co Atty, and Ray & Thomas, for defendant in error

HEFNER. J. The facts in this case are the same as in the case of the Chicago, Rock Island & Pacific Railway Company, a Corporation, Plaintiff in Error. v. Iona C. Satterfield, as County Treasurer. Defendant in Error, 135 Okla. 183, 275 Pac. 303, and upon the authority of that case the judgment of the trial court in this case is affirmed

LESTER V. C. J, and HUNT, CLARK, RILEY. CULLISON. SWINDALL, and ANDREWS. JJ., concur.